LAWRENCE G. BROWN
Acting United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHID MANSOUR, an individual and TWO WAY FRUIT STAND, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:08-cv-01313 LJO/DLB<br><br>**STIPULATION RE NON-EXPERT DISCOVERY DEADLINE;ORDER** |

Defendant United States of America ("Defendant") and Plaintiffs Rashid Mansour and Two Way Fruit Stand, Inc. ("Plaintiffs") hereby stipulate, by and through their respective counsel, to the revise the non-expert discovery deadline.

Plaintiffs have propounded written discovery on the Defendant and a short extension of the non-expert discovery deadline is necessary to accommodate the collection and production of documents and responses.  The parties do not seek to extend any other deadlines.

Based on the above, the parties hereby stipulate to extend the non-expert discovery deadline up to and including July 3,

2009.  All other deadlines set forth in the Scheduling Conference Order, including this action's pre-trial conference and trial date, shall remain in effect unless otherwise approved by the Court.  The parties request the Court to endorse this stipulation by way of formal order.

                                      Respectfully submitted,

                                      SAGESER, JONES & HELSLEY

Dated: June 9, 2009.            (As authorized 06/09/2009)
                                      By: /s/   Melody A. Hawkins
                                      Melody A. Hawkins
                                      Attorneys for Plaintiffs,
                                      Rashid Mansour, an individual
                                      and Two Way Fruit Stand, Inc.,
                                      a California corporation

Dated: June 9, 2009.            LAWRENCE G. BROWN
                                      Acting United States Attorney


                                      By: /s/Jeffrey J. Lodge
                                          JEFFREY J. LODGE
                                      Assistant U.S. Attorney
                                      Attorneys for United States of
                                      America

**ORDER**

   IT IS HEREBY ORDERED that the non-expert discovery deadline is extended to July 3, 2009.

   IT IS SO ORDERED.

   Dated:  **June 11, 2009**                  **/s/ Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE

**STIPULATION RE NON-EXPERT DISCOVERY DEADLINE;[PROPOSED] ORDER**