# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD MANSOUR, et al.,

                Plaintiffs,

    vs.

UNITED STATES OF AMERICA,

                Defendant.

_____/

CASE NO. CV F 08-1313 LJO DLB

**ORDER ON PLAINTIFFS' MOTION TO MODIFY PRETRIAL ORDER**
(Doc. 41.)

This Court has reviewed the Plaintiff's Request for Judicial Notice and Motion to Modify the Pretrial Order, and issues the following ORDER:

At issue is a document that plaintiff wishes to use at trial to impeach a document provided to plaintiff by defense counsel (late) concerning the USDA's EBT transactions, based in part on the ALERT system. The relevance is obvious.

    1.      JUDICIAL NOTICE

The purpose of judicial notice is to expedite trial by simplifying the process of proving matters on which there can be no reasonable dispute. *York v American Tel. & Tel. Co.* (10th Cir. 1996) 95 F3d 948, 958. Neither the topic nor the specific document referred to fits into the defined purpose of judicial notice. That request is denied.

    2.      AMENDING THE PRETRIAL ORDER

A final pretrial conference order may be modified to prevent manifest injustice. FRCP 16(e).

1

The factors for the Court to consider include the degree of prejudice to both sides, the impact of modification on orderly conduct of the case, and the degree of bad faith or inexcusable neglect. *United States v First Nat'l Bank of Circle* (9th cir. 1981) 652 F2d 882, 887.

The issue is of great importance to the case, and each of the factors for Court consideration falls in favor of amendment. The request is granted. This does not mean that foundation for the document's admission is waived.

IT IS SO ORDERED.

**Dated:** **February 18, 2010**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE